# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage.

**SEARCH WARRANT**

Case Number: 26-3298MB

TO: ANDREW MCCLAMROCK and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Andrew McClamrock, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 9/15/26 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

9/1/26 @ 235p at Phoenix, Arizona
Date and Time Issued — City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

M Morrissey
Signature of Judicial Officer

# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 26-3298MB

I, ANDREW MCCLAMROCK, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF ANDREW MCCLAMROCK, WHICH IS MADE A PART HEREOF.

Digitally signed by CLAUDIA FANTAUZZO (Affiliate)
Date: 2026.09.01 13:28:02 -07'00'

Authorized by SAUSA Claudia C. Fantauzzo

Andrew McClamrock — Digitally signed by Andrew McClamrock
Date: 2026.09.01 12:25:12 -07'00'

Signature of Affiant – ANDREW MCCLAMROCK

Sworn to before me, and subscribed in my presence

9/1/26 at Phoenix, Arizona

Date — City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

M Morrissey
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Andrew McClamrock, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have held this position since August 2015. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States (U.S.) Mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotics violations involving the United States Mail. Part of my training as a Postal Inspector included narcotics trafficking investigative techniques, and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all facts known to law enforcement officers.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) parcel (the "**SUBJECT PARCEL**"). The

**SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCEL** is further described as follows:

One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage.

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT team, I am aware that the USPS mail system is frequently used to transport controlled substances and proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Retail Ground operations, I am aware that the Retail Ground service was created as a less expensive alternative to Priority Mail and Express Mail overnight delivery. The USPS provides a tracking service

through a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

7. Retail Ground is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not required. I also know that the characteristics of Retail Ground business mailings are similar to Priority Mail and Express Mail business mailings. Examples of typical business mailings conducted via Retail Ground include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

8. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT team who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its proximity to the United States-Mexico border. As such, controlled substances are frequently transported from Arizona via USPS and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

9. Based on my training and experience regarding the use of Retail Ground to transport controlled substances and the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

c. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

10. Retail Ground parcels found to meet some or all of the characteristics described above are often scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

## RELEVANT FACTS RELATED TO THE SUBJECT PARCEL

11. On or about August 31, 2026, the United States Postal Inspection Service ("USPIS") identified a suspicious parcel (the **SUBJECT PARCEL**) mailed from a Post Office in Phoenix, Arizona to an address in Grand Island, Nebraska.

12. On or about August 31, 2026, members of USPIS conducted a physical examination of the **SUBJECT PARCEL** and observed that it met some of the characteristics listed in Paragraph 9 above. The **SUBJECT PARCEL** was addressed from one individual to another individual, bore handwritten address label information, and was mailed to an address in Nebraska from an address in Arizona.

13. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is frequently a source location for controlled substances that are mailed to Nebraska, and that proceeds from the sale of controlled substances are frequently returned to Arizona from Nebraska via USPS.

14. Members of the USPIS conducted a database query regarding the names and addresses listed on the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database that associates addresses and telephone numbers with individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

15. Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL**, 915 E. 11th Street, Apartment A, Grand Island, Nebraska 68801 is an existing, deliverable address, but "Cristy Nunez" is not associated with the delivery address for the **SUBJECT PARCEL**. Investigators also learned that the return address for the **SUBJECT PARCEL**, 3808 W. Glendale Avenue, Phoenix, Arizona 85051, is an existing, deliverable address, but "Joseline Thompson," is not associated with the return address on the **SUBJECT PARCEL**.

16. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use purported names not associated with a particular address, to omit the name(s) of persons

associated with a particular address, and to utilize fictitious names and addresses to evade detection by law enforcement.

**CANINE EXAMINATION OF THE SUBJECT PARCEL**

17. On August 31, 2026, City of Mesa Police Department (MPD) Detective/Canine Handler Dawn Haynes received the **SUBJECT PARCEL** at the USPIS Rio Salado Domicile in Phoenix, Arizona. Detective Haynes advised the **SUBJECT PARCEL** was separated and individually inspected by her canine "Nicole." Detective Haynes advised that "Nicole" gave a positive alert to the **SUBJECT PARCEL** by lying down next to the **SUBJECT PARCEL.**

18. Detective Haynes described that, when "Nicole" lies down next to an item as she did, "Nicole" is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated the "passive" alert given by "Nicole" indicates the presence within the **SUBJECT PARCEL** of heroin, cocaine, marijuana, and/or methamphetamine, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

19. Detective Haynes advised she is a MPD Detective currently assigned to the handling and care of MPD narcotics-detecting canine "Nicole." Detective Haynes has been a law enforcement officer with MPD for 25 years. "Nicole" is a nine-year-old Belgian Malinois, who has been working drugs/narcotics detection for the MPD since February 2020. "Nicole" and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification and "Nicole" and Detective Haynes were last certified in October

2025. Detective Haynes' certifications also include the completion of a canine certification course put on Alpha canine training facility. "Nicole" is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives. Detective Haynes advised that, since "Nicole" began working at the MPD, "Nicole" has had over 300 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances or proceeds from the sales of controlled substances.

## CONCLUSION

20. Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

Andrew McClamrock Digitally signed by Andrew McClamrock Date: 2026.09.01 12:25:34 -07'00'

ANDREW MCCLAMROCK
United States Postal Inspector

Subscribed electronically and sworn telephonically on this 1 day of September, 2026

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge