# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage.

## SEARCH WARRANT

Case Number: 26-3298MB

TO: ANDREW MCCLAMROCK and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Andrew McClamrock, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One USPS Ground Advantage parcel bearing USPS tracking number 9534 6107 2628 6243 5621 79, addressed to "Cristy Nunez, 915 E. 11th St. Apt #A, Grand Island., NE 68801" with a return address of "Joseline Thompson, 3808 W. Glendale Ave, Phoenix, AZ 85051." It is a brown cardboard box; postmarked August 31, 2026; and bearing $18.40 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 9/15/26 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

9/1/26 @ 2:35p at Phoenix, Arizona
Date and Time Issued — City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

M Morrissey
Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-3298MB | 9/1/2026 2:40 pm | USPS |

Inventory made in the presence of :
Postal Inspectors Andrew McClamrock and Laiza Irizzary

Inventory of the property taken and name of any person(s) seized:

9534 6107 2628 6243 5621 79:

- Brown cardboard box (x2)
- Clear cellophane
- Carbon paper
- Mustard
- Plastic bags
- Approximately 1816.9 gross grams of FTP Methamphetamine

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/01/2026

*Executing officer's signature*

Andrew McClamrock, Postal Inspector

*Printed name and title*